**UNITED STATES of America Plaintiff-Appellee**

v.

**James Allen CRIPPEN Defendant-Appellant**

**No. 16-3735**

United States Court of Appeals, Eighth Circuit.

Submitted: June 26, 2017

Filed: June 30, 2017

Abram McGull, II, Assistant U.S. Attorney, U.S. Attorney's Office, Springfield, MO, for Plaintiff-Appellee

James Allen Crippen, Pro Se

Before LOKEN, ARNOLD, and MURPHY, Circuit Judges.

■

PER CURIAM.

After the district court[1] denied his motion to suppress evidence, James Allen Crippen pleaded guilty to child-pornography offenses and was sentenced below the advisory Guidelines range. On appeal, Crippen's counsel has moved to withdraw,

---

1. The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), challenging the denial of the suppression motion. Crippen's unconditional guilty plea, however, forecloses our review of the suppression ruling. <u>See United States v. Christenson</u>, 653 F.3d 697, 699 (8th Cir. 2011). Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.